# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
DANNY C. PACK ) Case No. 18-80441
    SSN:xxx-xx-6988 ) Chapter 13
     )
75602 S. 260 RD )
WAGONER, OK 74467 )
                         Debtor(s).)

## OBJECTION TO CONFIRMATION

**COMES NOW**, William Mark Bonney, the Standing Chapter Thirteen Trustee and informs the Court as follows:

1. The Debtor's 341 Meeting is continued to August 9, 2018. 11U.S.C. §341.

2. The Debtor is delinquent with his plan payments to the Trustee. 11U.S.C. §1325(a)(6).

3. The plan does not list or provide for all mortgage claims. The plan fails to set out the correct regular monthly payments, the correct number of Gap payments, and/or the correct amount of pre-petition arrears in Part 3.1 and therefore fails to cure and maintain the payments under applicable non-bankruptcy law. 11 U.S.C. §1322(b)(5) and (e).

**WHEREFORE**, William M. Bonney, Standing Chapter 13 Trustee requests the Court deny confirmation of the Debtor's Chapter Thirteen Plan.

                                                   Respectfully submitted,

                                                   /s/ William M. Bonney
                                                   William M. Bonney, Trustee, OBA #12221
                                                   Office of the Standing Chapter 13 Trustee
                                                   215 State Street, Ste. 1000
                                                   P.O. Box 1548
                                                   Muskogee, OK 74402-1548
                                                   Phone: (918) 683-3840
                                                   Fax: (918) 683-3302
                                                   trustee@13trustee.com

## CERTIFICATE OF MAILING

I, William Mark Bonney, do hereby certify that on **July 18, 2018**, a true and correct copy of the **Objection to Confirmation** was mailed with proper postage prepaid thereon, to the party or parties not receiving electronic notice as set forth on the attached notice of electronic filing, and to the interested parties listed below, if any.

Danny Pack
75602 S. 260 Rd
Wagoner, OK  74467

/s/ William Mark Bonney
William Mark Bonney, Trustee OBA #12221
Office of the Standing Chapter 13 Trustee
215 State Street, Suite 1000
P.O. Box 1548
Muskogee, OK 74402-1548
Tele: (918)683-3840
Fax:  (918)683-3302
Trustee@13trustee.com